UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| KMI GROUP, INC AND<br>SUMMIT PROPERTIES HOLDING, LLC | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| v. | |
| OWNERS INSURANCE COMPANY | |
|     Defendant. | CASE NO: 16-1216-STA-egb |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal With Prejudice entered on April 26, 2017, this cause is hereby dismissed without prejudice.


                                                     APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/26/2017                                     THOMAS M. GOULD
                                                             Clerk of Court

                                                             s/Maurice B. BRYSON
                                                             (By) Deputy Clerk