UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KMI GROUP, INC. AND
SUMMITT PROPERTIES HOLDING,
LLC.
                              **AMENDED JUDGMENT IN A CIVIL CASE**

     Plaintiffs,

v.

OWNERS INSURANCE COMPANY,        CASE NO: 16-1216-STA-egb

     Defendant.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on April 26, 2017, this cause is hereby dismissed with prejudice.

                                              APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/15/2017                THOMAS M. GOULD
                                       Clerk of Court

                                             s/Maurice B. BRYSON

                                           (By) Deputy Clerk